UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. SACV12-01561 DOC (JPRx) |
| Plaintiff, | |
| v. | |
| AMERICAN MORTGAGE CONSULTING GROUP, LLC, a California Limited Liability Company, also d.b.a. American Mortgage Group and American Mortgage Consulting; | [~~PROPOSED~~] ORDER TO SHOW CAUSE AS TO DEFENDANT MARK NAGY ATALLA |
| HOME GUARDIAN MANAGEMENT SOLUTIONS, LLC, a California Limited Liability Company, also d.b.a. Home Guardian Solutions; and | |
| MARK NAGY ATALLA, d.b.a. Home Guardian Solutions, Home G Solutions Firm, and Home G Solutions Group, | |
| Defendants. | |

**ORDER TO SHOW CAUSE - Page 1**

Plaintiff Federal Trade Commission ("FTC") having applied to this Court for an order requiring Defendant Mark Nagy Atalla ("Atalla") to show cause why he should not be held in contempt for violating this Court's Temporary Restraining Order ("TRO"), and the Court having considered Plaintiff's Memorandum in Support thereof and attached exhibits, and any opposition of Defendant Mark Nagy Atalla, it is hereby

ORDERED that Defendant Mark Nagy Atalla appear before this Court at 411 West Fourth Street, Santa Ana, CA 92701 on the 2nd day of October, 2012, at 8:30am for a hearing to show cause why he should not be held in civil contempt for violations of this Court's TRO.

**IT IS SO ORDERED** this 28th day of September, 2012.

Dated: 9/28/12

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

MAXINE R. STANSELL
KATHRYN C. DECKER
Attorneys for Plaintiff
Federal Trade Commission

**ORDER TO SHOW CAUSE - Page 2**