UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. SACV12-01561 DOC (JPRx) |
| Plaintiff, | |
| v. | |
| AMERICAN MORTGAGE CONSULTING GROUP, LLC, a California Limited Liability Company, also d.b.a. American Mortgage Group and American Mortgage Consulting; | [PROPOSED] ORDER TO SHOW CAUSE AS TO DEFENDANT MARK NAGY ATALLA |
| HOME GUARDIAN MANAGEMENT SOLUTIONS, LLC, a California Limited Liability Company, also d.b.a. Home Guardian Solutions; and | |
| MARK NAGY ATALLA, d.b.a. Home Guardian Solutions, Home G Solutions Firm, and Home G Solutions Group, | |
| Defendants. | |

**ORDER TO SHOW CAUSE - Page 1**

ORIGINAL

BY FAX

LODGED

2012 SEP 27  PM 3: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
SANTA ANA

BY

1    Plaintiff Federal Trade Commission ("FTC") having applied to this Court for an

2    order requiring Defendant Mark Nagy Atalla ("Atalla") to show cause why he should

3    not be held in contempt for violating this Court's Temporary Restraining Order

4    ("TRO"), and the Court having considered Plaintiff's Memorandum in Support thereof

5    and attached exhibits, and any opposition of Defendant Mark Nagy Atalla, it is hereby

6    ORDERED that Defendant Mark Nagy Atalla appear before this Court at 411

7    West Fourth Street, Santa Ana, CA 92701 on the _2nd_ day of _October_,

8    _at 8:30am_ 2012, for a hearing to show cause why he should not be held in civil contempt for

9    violations of this Court's TRO.

10   **IT IS SO ORDERED** this _28th_ day of _September_, 2012.

11

12   Dated:  _9/28/12_                          _David O. Carter_

13                                             HON. DAVID O. CARTER
                                              UNITED STATES DISTRICT JUDGE
14

15

16

17   Respectfully submitted,

18

19

20   _Maxine R. Stansell_

21   MAXINE R. STANSELL
     KATHRYN C. DECKER
22   Attorneys for Plaintiff
     Federal Trade Commission
23

24

25

26

27

28

**ORDER TO SHOW CAUSE - Page 2**