BP LAW GROUP, LLP
MARC Y. LAZO, SBN: 215998
mlazo@whbllp.com
1900 Main Street, Suite 610
Irvine, CA 92614
Phone No.:    (949) 798-5696
Fax No.:    (949) 234-6254

Attorneys for Defendants
AMERICAN MORTGAGE CONSULTING
GROUP, LLC and MARK NAGY ATALLA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: SACV12 – 01561 DOC (JPRx) |
| Plaintiff, | |
| v. | **BP LAW GROUP, LLP'S OPPOSITION TO FEDERAL TRADE COMMISSION'S MOTION TO LIFT SUSPENSION OF THE $514,910 JUDGMENT AGAINST DEFENDANT MARK NAGY ATALLA** |
| AMERICAN MORTGAGE CONSULTING GROUP, LLC, a California Limited Liability Company, also d.b.a. American Mortgage Group and American Mortgage Consulting; HOME GUARDIAN MANAGEMENT SOLUTIONS, LLC, a California Limited Liability Company, also d.b.a. Home Guardian Solutions; and MARK NAGY ATALLA, d.b.a. Home Guardian Solutions, Home G Solutions Firm, and Home G Solutions Group, | |
| Defendants. | |

BP Law Group, LLP ("BP Law") hereby opposes the Federal Trade Commission's Motion to Lift Suspension of the $514,910 Judgment against Defendant Mark Nagy Atalla (the "Plaintiff's Motion to Lift.").

1       BP Law takes no position with respect to the purported insurance claim or what Plaintiff

2 claims Mr. Atalla did regarding the same.  This is due to the fact that there has been a complete

3 breakdown in communication between Mr. Atalla and BP Law such that a Motion to Withdraw was

4 filed on July 24, 2014 (Docket 74) and is currently pending before this Court.

5       BP Law has been unable to communicate with Mr. Atalla regarding Plaintiff's Motion to Lift

6 or any purported insurance claim reference therein, as Mr. Atalla refuses to communicate with BP

7 Law regarding the same.  BP Law had no knowledge of the purported insurance claim until counsel

8 for Plaintiff notified it through the meet and confer communications prior to the filing of the

9 Plaintiff's Motion to Lift.

10

11                           Respectfully submitted,

12 Dated:  August 25, 2014              BP LAW GROUP

13                    By:    /s/ Marc Y. Lazo

14                      Marc Y. Lazo

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE
### [C.C.P. §1013a]

I am employed in the County of Orange, State of California.  I am over the age of 18 years and am not a party to the within action. My business address is 1900 Main Street, Suite 610, Irvine, CA 92614.

On August 25, 2014, I served the foregoing document described as **BP LAW GROUP, LLP'S OPPOSITION TO FEDERAL TRADE COMMISSION'S MOTION TO LIFT SUSPENSION OF THE $514,910 JUDGMENT AGAINST DEFENDANT MARK NAGY ATALLA** on the parties in this action:

Mark Nagy Atalla
American Mortgage Consulting Group, LLC
3141 Michelson Dr.
Irvine, CA 92612

American Mortgage Consulting Group, LLC
1000 Bristol Street N., Suite 17-135
Newport Beach, CA 92660

Julia Solomon Ensor                                   BY ELECTRONIC SERVICE ONLY
Attorney, Division of Enforcement
Bureau of Consumer Protection
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Mail Stop CC-9528
Washington, D.C. 20580
jensor@ftc.gov

Barbara Y.K. Chun                                     BY ELECTRONIC SERVICE ONLY
Federal Trade Commission
10877 Wilshire Blvd., #700
Los Angeles, CA 90024
bchun@ftc.gov

Gary O Caris and Lesley Anne Fleetwood Hawes    BY ELECTRONIC SERVICE ONLY
McKenna Long and Aldridge LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071-3124
gcaris@mckennalong.com
lhawes@mckennalong.com

**XXX   BY ELECTRONIC SERVICE (as indicated above)** by using the CM/ECF system, which will send a notice of electronic filing.

_____ **BY PERSONAL DELIVERY (as indicated above)**

**XXX   BY MAIL SERVICE (as indicated above).**  I certify that I mailed the foregoing document and the notice of electronic filing by first-class mail as indicated above to the non-CM/ECF participants

       XXX  I deposited such envelope in the mail at Irvine, California.  The envelope was mailed with postage thereon fully prepaid.

       _____   I caused such envelope to be deposited in the mail at Irvine, CA.  The envelope was mailed with postage thereon fully prepared.

       I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on the same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.   Executed this 25TH day of August, 2014.

       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
ROSIE CANTILLO