UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN MORTGAGE CONSULTING GROUP, LLC, et al., <br><br> Defendants. | Case No.: SACV12-01561 DOC (JPRx) <br><br> ~~(PROPOSED)~~ <br> ORDER GRANTING FEDERAL TRADE COMMISSION'S MOTION TO LIFT SUSPENSION OF THE $514,910 JUDGMENT AGAINST DEFENDANT MARK NAGY ATALLA  [75] |

This proceeding came before the Court on the Federal Trade Commission's Motion to Lift Suspension of the $514,910 Judgment Against Defendant Mark Nagy Atalla.  Upon finding that, pursuant to Section VII.I of this Court's Order, Defendant Mark Nagy Atalla failed to disclose material assets and made material misrepresentations on the financial statements identified in that Order (Dkt. #69), it is:

**HEREBY ORDERED**, that the Federal Trade Commission's Motion to Lift the Suspension of the $514,910 Judgment Against Defendant Mark Nagy Atalla is hereby **GRANTED**.  Such judgment, less the $650 previously paid, and plus interest accruing from September 18, 2013 at the rate prescribed under 28 U.S.C. § 1961, as amended, therefore is immediately due and payable.

Dated:  October 9, 2014

*/s/ David O. Carter*

Honorable David O. Carter